**OPPENHEIMER WOLFF & DONNELLY LLP**
Chris Graham (State Bar No. 114498)
Ben Bedi (State Bar No. 172591)
Michael Edelman (State Bar No. 180948)
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 320-4000

Attorneys for Plaintiff SYNOPSYS

ORIGINAL FILED
MAY 15 2001
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing
SAN JOSE DIVISION

C01-20423 PVT

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br>Plaintiff,<br>vs.<br>NASSDA CORPORATION, a California corporation,<br>Defendant. | CASE NO.<br>**COMPLAINT FOR PATENT INFRINGEMENT**<br>**DEMAND FOR JURY TRIAL** |

Plaintiff SYNOPSYS, INC. ("SYNOPSYS") hereby alleges against Defendant NASSDA CORPORATION ("NASSDA" or "the Defendant") as follows:

**JURISDICTION**

1. This is an action for patent infringement arising under the patent laws of the United States. This Court has jurisdiction over this action under 28 U.S.C. § 1338(a).

**PARTIES**

2. SYNOPSYS is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in Mountain View, California.

3. SYNOPSYS is informed and believes, and thereon alleges, that NASSDA is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in Santa Clara, California.

**VENUE**

4. Venue is proper in the Northern District pursuant to 28 U.S.C. § 1391(b) & (c) and 28 U.S.C. § 1400(b).

**INTRADISTRICT ASSIGNMENT**

5. Assignment to this division is proper pursuant to Civil L.R. 3-2, as SYNOPSYS' and NASSDA's principal places of business are located in the county of Santa Clara, and a substantial part of the events which give rise to SYNOPSYS' claim occurred in the county of Santa Clara.

**FIRST CAUSE OF ACTION**
**(PATENT INFRINGEMENT)**

6. SYNOPSYS is the owner of United States Patent No. 5,878,053 ("the '053 patent"), entitled "Hierarchical Power Network Simulation and Analysis Tool for Reliability Testing of Deep Submicron IC Designs." The '053 patent issued on March 2, 1999. A true and correct copy of the '053 patent is attached to this complaint as Exhibit A and is incorporated by reference herein.

7. NASSDA has been and still is infringing the '053 patent by making, using, selling, distributing, advertising, marketing, and creating source code for products, including NASSDA's Hierarchical Storage and Isomorphic Matching ("HSIM") software product, which infringe the '053 patent. The Defendant will continue to so infringe unless enjoined by this Court.

8. NASSDA has actively induced infringement of, or contributed to the infringement of, the '053 patent by making infringing products and creating source code for infringing products and then selling, distributing, advertising and marketing those infringing products to others, and will continue to do so unless enjoined by this Court.

9. SYNOPSYS has given NASSDA actual notice of the '053 patent and has sought from NASSDA information that would assist SYNOPSYS in further investigating the extent to which NASSDA's products are within the scope of each claim of the '053 patent. NASSDA has not provided any substantive information in response to this request.

10. NASSDA's infringement of the '053 patent has been willful and deliberate, and has caused injury to SYNOPSYS. SYNOPSYS has informed NASSDA that it is infringing the '053 patent, but NASSDA has continued to pursue its infringing activities. NASSDA's willful and deliberate infringement is further demonstrated by, among other things, the fact that several current employees of NASSDA were formerly key employees of SYNOPSYS who left SYNOPSYS en masse to develop NASSDA'S infringing product. These employees knew or should have known that their actions in creating, selling and distributing NASSDA's infringing software products constituted patent infringement. Indeed, one of these current NASSDA employees is a named inventor of the '053 patent.

11. NASSDA's infringement will continue to injure SYNOPSYS unless enjoined by this Court.

WHEREFORE, SYNOPSYS prays for judgment against the Defendant, and requests that this Court:

A. Preliminarily and permanently enjoin the Defendant from continued infringement of the '053 patent;

B. Order the Defendant to account to SYNOPSYS for damages sustained by SYNOPSYS as a result of the Defendant's infringement of the '053 patent, with interest;

C. Order the Defendant to pay SYNOPSYS a reasonable royalty to compensate for the Defendant's infringement;

D. Treble the damages resulting from the Defendant's willful and deliberate infringement;

E. Award SYNOPSYS its costs, expenses and reasonable attorneys' fees incurred in bringing and prosecuting this action; and

///

///

///

///

///

F. Award SYNOPSYS other and further relief that the Court may deem just and proper.

Dated: May 15, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________

Chris Scott Graham
Ben Bedi
Michael Edelman
Attorneys for Plaintiff SYNOPSYS

**DEMAND FOR JURY TRIAL**

SYNOPSYS hereby demands trial by jury of all issues.

Dated: May 15, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________

Chris Scott Graham
Ben Bedi
Michael Edelman
Attorneys for Plaintiff SYNOPSYS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 15, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________

Chris Scott Graham
Ben Bedi
Michael Edelman
Attorneys for Plaintiff SYNOPSYS