1  Chris Scott Graham (State Bar No. 114498)
   Harmonhinder Bedi (State Bar No. 172591)
2  Michael N. Edelman (State Bar No. 180948)
   **DECHERT LLP**
3  1117 California Avenue
   Palo Alto, California 94304
4  Telephone: 650.813.4800
   Facsimile: 650.813.4848
5
   Attorneys for Plaintiff and Counter-Defendant,
6  SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>NASSDA CORPORATION, a Delaware Corporation,<br><br>Defendant and Counter-Claimant. | Case No. C 01-2519 SI<br><br>**STIPULATION AND ORDER RE: REQUEST FOR DISMISSAL** |

1  Pursuant to Federal Rule of Civil Procedure 41, Plaintiff SYNOPSYS, INC. and Defendant
2  NASSDA CORPORATION hereby request that this action be dismissed in its entirety with
3  prejudice, with each party to bear its own attorneys' fees, expenses, and costs except as may be set
4  forth in the parties' settlement agreement.

5  Dated: May 11, 2005                DECHERT LLP

7                                     By: _____
                                       Chris Scott Graham
8                                      Attorney for Plaintiff and Counter-Defendant
                                       SYNOPSYS, INC.

9  Dated: May 11, 2005                WEIL, GOTSHAL & MANGES, LLP

11                                    By: _____
                                       Christopher Cox
12                                     Attorney for Defendant
                                       NASSDA CORPORATION

14         PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated: _____

**IT IS SO ORDERED**
Judge Susan Illston

---

DECHERT LLP

STIPULATION AND ORDER RE: REQUEST FOR DISMISSAL;
CASE NO: C 01-2519 SI

2

98183.2.PAL_17